# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | **:** | NO. 484 |
| | **:** | |
| TRANSCRIPT FEES IN THE | **:** | JUDICIAL ADMINISTRATION |
| FIRST AND FIFTH JUDICIAL | **:** | |
| DISTRICTS PURSUANT TO | **:** | DOCKET |
| RULE 4008 OF THE | **:** | |
| PENNSYLVANIA RULES OF | **:** | |
| JUDICIAL ADMINISTRATION | **:** | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 25th day of April, 2017, it is Ordered pursuant to Pennsylvania Rule of Judicial Administration 4008 that the transcript fee adjustments requested by the First Judicial District and the Fifth Judicial District are **GRANTED.** In lieu of the corresponding fees set forth in Pa.R.J.A. No. 4008(A) and (D), the fees in these judicial districts for paper or electronic delivery shall be as follows:

| Transcript type | Fee for Original | Fee for Copy |
|---|---|---|
| Ordinary | $3.00 per page | $2.00 per page |
| Expedited | $4.50 per page | $3.00 per page |
| Daily | $6.00 per page | $4.00 per page |
| Same day delivery | $9.00 per page | $6.00 per page |

The revised fee schedule shall become effective on July 1, 2017.